# Court of Appeals
# of the State of Georgia

ATLANTA,  October 08, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2147. THE STATE v. PENCIEL.**

In the above-styled case, the State appeals from an order of the Superior Court of Chatham County granting John Penciel's motion to quash Indictment No. CR13-0151-J6. Penciel has filed a motion to dismiss the appeal as moot.

The record shows that, on May 1, 2013, the State re-indicted Penciel for the same offense in Indictment No. CR13-0918-J6. Penciel entered a guilty plea to the indictment on September 3, 2013.

Under these circumstances, the above-styled appeal is DISMISSED as MOOT, pursuant to OCGA § 5-6-48 (b) (3).[1]



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 10/08/2013
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] "An appellate court may hear and consider evidence outside the record as transmitted from the court below that an appeal has become moot. . . . Where the appellant either admits the existence of the fact of mootness as claimed by the appellee or fails to deny the existence of the same, the appeal will be dismissed." (Footnotes omitted.) *Poetter v. State*, 244 Ga. App. 675, 676 (536 SE2d 576) (2000).